FILED
JUN 15 2007
Jun 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH WELLS, ) | |
|     Plaintiff, ) | |
| ) | 07CV 3372 |
| v. ) | JUDGE DARRAH |
| ) | MAGISTRATE JUDGE MASON |
| OFFICERS WAGNER, STAR # 14796, ) | |
| J. TRIANTAFILLO, STAR # 14298 ) | |
| AND THE CITY OF CHICAGO, ) | |
| A MUNICIPAL CORPORATION, ) | |
|     Defendants. ) | |

## COMPLAINT

1. The jurisdiction of this Court is invoked pursuant to the Civil Rights Act, 42 U.S.C. Sections 1983 and 1988; 28 U.S.C. Sections 1331 and 1323 (3); and the Constitution of the United States, and supplemental jurisdiction under 28 U.S.C. Section 1367.

2. Plaintiff, Kenneth Wells is an African-American male, a citizen of the United States, and a resident of Chicago, Illinois.

3. Defendant OFFICERS WAGNER AND TRIANTAFILLO are police officers employed by the City of Chicago, and were at all times relevant to the facts alleged in this complaint, acting within the scope of their employment and under color of law. Defendant Officers Wagner and Triantafillo are being sued individually.

4. The City of Chicago, is a municipal corporation within the State of Illinois, and was all times material to this Complaint, the employer of defendant police officers Wagner and Triantafillo.

## FACTS

5. On June 17, 2006, Kenneth Wells was walking down the street on Wilcox on the west side of Chicago at about 10:30 a.m. when an unmarked police car pulled on the side of him and ordered Wells over to the car. Wells was questioned about where he was going by the officers.

6. After telling the officers in essence that he was being harassed, Wells was placed in the police officers' squad car. Another person, Mr. Tamm, was already in the vehicle when the officers placed Wells in the vehicle. The officers told Wells to give them a gun, drugs or the name of a drug dealer or he would be arrested.

7. As Wells had nothing to give the officers, Wells was arrested and charged with distribution of drugs. Wells was in jail from June 17, 2006 until March 8, 2007 when criminal charges were finally resolved in his favor.

## COUNT I

### (42 U.S.C. SECTION 1983-FALSE ARREST)

(1-7). Plaintiff Kenneth Wells alleges and realleges paragraphs 1 through 7 as fully set forth herein.

8. The above acts of the Defendant Officers Wagner and Triantafillo were willfully and wantonly done without probable cause and were a direct and proximate cause of Mr. Wells' pain, suffering and mental anguish, and therefore violated the Plaintiff's Forth Amendment right to be free from unreasonable arrest, search and seizure.

**WHEREFORE,** Plaintiff Kenneth Wells seeks $15,000 in actual or compensatory damages against Defendant Officers Wagner and Triantafillo individually and because the officers acted maliciously, willfully and/or wantonly, Plaintiff demands $15,000 in punitive damages against Officers Wagner and Triantafillo individually.

## COUNT II

### (Malicious Prosecution under Illinois Law)

(1-7).  Plaintiff Kenneth Wells alleges and realleges paragraphs 1 through 7 as though fully set forth herein.

8.  The above prosecution was initiated by the defendants to harass the Plaintiff.

9.  The defendants signed complaints against Plaintiff which began the prosecution of him. Defendants further gave false statements against Plaintiff to the prosecutor and testified against him falsely at trial.

10.  The unjustifiable prosecution was resolved in the Plaintiff's behalf and, therefore, said prosecution was in violation of the Illinois law.

11.  The unjustifiable prosecution of the Plaintiff Kenneth Wells was done willfully and wantonly and was the direct and proximate cause of the mental injuries suffered by the Plaintiff.

**WHEREFORE,** Plaintiff Kenneth Wells seeks $50,000 in actual or compensatory damages against Defendant Officers Wagner and Triantafillo individually, and because the above defendants acted maliciously, willfully and/or wantonly, Plaintiff demands $15,000 in punitive damages against each defendant officer.

## COUNT III

### (42 U.S.C. Section 1983-Conspiracy)

(1-7). Plaintiff Kenneth Wells alleges and realleges paragraphs 1 through 7 as though fully set forth herein.

8. Officers Wagner and Triantafillo reached an understanding, engaged in a sequence of events or course of conduct, and otherwise agreed and conspired together to violate the constitutional rights of the Plaintiff.

9. Each defendant did reach this understanding and agreement, and did engage in this course of conduct with the mutual purpose, objective, and knowledge that it would deprive the Plaintiff of his rights, privileges and immunities as guaranteed by the Constitution and laws of the United States.

10. Additionally, said conspiracy/joint action violated Plaintiff's Fourth Amendment rights under the color of law in violation of 42 U.S.C. Section 1983, and was a direct and proximate cause of his pain, suffering and metal anguish.

11. Acting in furtherance of this plan and conspiracy, each of the Defendants committed overt acts, including, but not limited to, false arrest, as fully alleged in paragraphs 1-7. This course of conduct by the Defendants was done willfully, maliciously, intentionally or with reckless disregard and directly and proximately caused serious injury to the Plaintiff.

**WHEREFORE** Plaintiff demands $50,000 in compensatory damages against each Defendant, and because the Defendants acted maliciously, willfully and/or wantonly,

Plaintiff demands $25,000 in punitive damages against Defendant Officers Wagner and Triantafillo individually.

## COUNT IV

### (Respondent Superior Under Illinois Law Against the City of Chicago)

(1-7). Plaintiff Kenneth Wells alleges and realleges paragraphs 1 through 7 as though fully set forth herein.

8. The aforesaid acts of Defendant Officers Wagner and Triantafillo in falsely arresting Kenneth Wells were done within the scope of their employment as Chicago police officers, were willful and wanton, and therefore the defendant City of Chicago, as principal, is liable for the actions of its agents under the doctrine of respondent superior.

**WHEREFORE,** Plaintiff Kenneth Wells demands judgment against Defendant City of Chicago plus costs, and such other additional relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

Respectfully Submitted,

The Law Office of Standish E. Willis

By: _/s/ Angela Lockett_
Angela Lockett

407 S. Dearborn, Suite 1395
Chicago, IL 60605
312.554.0005